Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59146.**—Camilli Albert & Laloue, Inc., et al. *v.* United States, protests 203580–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59147.**—Bertrand Freres, Inc., et al. *v.* United States, protests 238319–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59148.**—A. Judson Murray & Co. *v.* United States, protest 236348–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of papain which has not been crushed, ground, shredded, or subjected to any other process or treatment beyond that essential to its proper packing and the prevention of decay or deterioration pending manufacture, the claim of the plaintiff was sustained.

**No. 59149.**—Federal Fur Co., Inc., et al. *v.* United States, protests 176685–K, etc. (Bridgeport).